IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Trustees of Ohio Bricklayers Health & Welfare Fund, et al., :
:
    Plaintiff(s), :
: Case Number: 1:13cv135
vs. :
: Chief Judge Susan J. Dlott
Central Masonry, Inc., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 10, 2014 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 27, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for default judgment (Doc. 22) is **GRANTED.** Judgment is entered against defendant in amount of $15,600.62 in delinquency assessments and $5,288.06 in attorney fees and costs for a total amount of $20,888.68.

IT IS SO ORDERED.

                                                                                             s/Susan J. Dlott
                                                                       Chief Judge Susan J. Dlott
                                                                       United States District Court